FILED

FEB 20 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | 5:25 CR 00057 |
| v. | ) | CASE NO. |
| | ) | Title 18, United States Code, |
| BERNARD JEFFERSON, | ) | Sections 922(g)(1) and 924(a)(8) |
| | ) | |
| Defendant. | ) | JUDGE RUIZ |

COUNT 1
(Felon in Possession of Firearms and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about October 11, 2024, in the Northern District of Ohio, Eastern Division, Defendant BERNARD JEFFERSON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felon in Possession of a Firearm, on or about May 28, 2018, in Case Number 5:17CR534 in the Northern District of Ohio, Eastern Division, United States District Court, knowingly possessed in and affecting interstate commerce the following firearms:

    1. ISSC, MK22, Rifle, Serial # A540605

    2. Taurus, G2C, 9mm Handgun, Serial # ABC399088

    3. GSG-16 22LR, Rifle, Serial # A987434

    4. Smith & Wesson M&P Sport II, Rifle, Serial # SV32269

and ammunition, said firearms and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant BERNARD JEFFERSON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following:

   A. ISSC, MK22, Rifle, Serial # A540605;

   B. Taurus, G2C, 9mm Handgun, Serial # ABC399088;

   C. GSG-16 22LR, Rifle, Serial # A987434; and

   D. Smith & Wesson M&P Sport II, Rifle, Serial # SV32269.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.